**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2348**

---

GLORIA K. SORGE,

Plaintiff - Appellant,

versus

WILLIAM S. COHEN, Secretary of the Department
of Defense,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-96-1737-A)

---

Submitted: May 14, 1998          Decided: May 21, 1998

---

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Gloria K. Sorge, Appellant Pro Se. Janet Rehnquist, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing the civil action she filed against her former employer. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Sorge v. Cohen</u>, No. CA-96-1737-A (E.D. Va. Sept. 2, 1997). We deny Appellant's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>